| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Mathew J. Maul** | Social Security number or ITIN | **xxx–xx–5705** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Janeen A. Maul** | Social Security number or ITIN | **xxx–xx–9677** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **7** | **2/11/19** |
| Case number: | **19–70062–JAD** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Mathew J. Maul | Janeen A. Maul |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 348 Railroad St<br>Lilly, PA 15938 | 348 Railroad St<br>Lilly, PA 15938 |
| 4. | **Debtor's attorney**<br>Name and address | Michael B. Cohen<br>521 South Logan Blvd.<br>Altoona, PA 16602 | Contact phone 814–201–2448<br>Email:  michael@michaelcohenlawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Eric E. Bononi<br>20 North Pennsylvania Avenue<br>Greensburg, PA 15601 | Contact phone 724–832–2499<br>Email:  bankruptcy@bononilaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Mathew J. Maul** and **Janeen A. Maul**     Case number **19–70062–JAD**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/8/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 3, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**2nd Floor Conference Room, 110 Franklin Street, Johnstown, PA 15905** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/3/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mathew J. Maul**
**Janeen A. Maul**
   Debtor(s)

Bankruptcy Case No.: 19–70062–JAD
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: March 8, 2019

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

## REMINDER TO COUNSEL

Before filing: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

After filing: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70062-JAD
Mathew J. Maul                                                        Chapter 7
Janeen A. Maul
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: culy              Page 1 of 2              Date Rcvd: Mar 08, 2019
                               Form ID: 309A           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db/jdb         +Mathew J. Maul,    Janeen A. Maul,    348 Railroad St,    Lilly, PA 15938-1167
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
15005920      ++1ST SUMMIT BANK,    PO BOX 5480,    JOHNSTOWN PA 15904-5480
                (address filed with court:   1st Summit Bank,     125 Donald Lane,    Johnstown, PA 15904)
15005921       +Allstate Indemnity Co.,    3075 Sanders Rd.,    Suite H1a,    Northbrook, IL 60062-7127
15005922        Altoona Arthritis & Osteoporosis Center,     175 Meadowbrook Lane,    Duncansville, PA 16635-8445
14992242       +Borough of Lilly,    421 Main St.,    Lilly, PA 15938-1143
15005928        CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15005927       +Cardionet LLC,    PO Box 508,    Malvern, PA 19355-0508
15005929       +Comcast Cable Corp,    1701 JFK Blvd,    Philadelphia, PA 19103-2899
15005930       +Community Medicine,    2310 Jane St,    Pittsburgh, PA 15203-2362
15005931        Conemaugh Memorial Medical Center,     PO Box 643928,    Pittsburgh, PA 15264-3928
15005932        Convergent HR, Inc.,    PO Box 6209,    Dept 0102,    Champaign, IL 61826-6209
15005933        Credit Acceptance,    PO Box 551888,    Detroit, MI 48255-1888
15005935       +Crystal Pure Bottled Water,    445 S Logan Blvd,     Altoona, PA 16602-5643
15005938        DLP Conemaugh Phys Group,    PO Box 644633,    Pittsburgh, PA 15264-4633
15005939        EOS CCA,   PO Box 981002,    Boston, MA 02298-1002
15005940       +John Thomas Heating and Cooling,     PO Box 519,    Hastings, PA 16646-0519
15005941        LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
15005942       +Laurel Pediactric Assoc.,    323 Budfield St,    Johnstown, PA 15904-3213
15005943       +Leap Auto & Hardware,    5380 Portage St,    Lilly, PA 15938-1092
15005944        Memorial Medical Center,    PO Box 603396,    Charlotte, NC 28260-3396
15005945        One Advantage. LLC,    PO Box 23860,    Belleville, IL 62223-0860
15005946        Pathology Associates of Blair County,     PO Box 380854-0072,    Clinton Township, MI 48038
15005947       +Patti A Stefanick DO,    939 Menoher Blvd,    Johnstown, PA 15905-2838
15005948       #Penn Credit Corp,    PO Box 988,    Harrisburg, PA 17108-0988
15005949        PennyMac,   PO Box 30597,    Los Angeles, CA 90030-0597
15005950       +Phillips, Cohen & Assoc.,    1002 Justison St,    Wilmington, DE 19801-5148
15005951       +Portage Chiropractic,    808 Caldwell Ave,    STE 102,    Portage, PA 15946-1571
15005952        Progressive,   PO Box 7247-0377,    Philadelphia, PA 19170-0311
15005953       +Ray Oil & Gas Company,    629 Dulancy Drive,    Portage, PA 15946-6916
15005954       +Receivable Outsourcing, LLC,    PO Box 62850,    Baltimore, MD 21264-2850
15005956       +Rezk Medical Supply,    PO Box 520,    Carrolltown, PA 15722-0520
15005957       +Romani and Romani, Attorneys at Law,     PO Box 207,    Cresson, PA 16630-0207
15005958        Rosland Kapphan,    5260 Turner Rd,    Gibsonia, PA 15044-9531
15005959        The Guthrie Clinic,    PO Box 826908,    Philadelphia, PA 19182-6908
15005960       +Tipton Family Dentistry,    4579 E Pleasant Valley Blvd,     Tyrone, PA 16686-7032
15005962        UPMC,   PO Box 371980,    Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: michael@michaelcohenlawoffice.com Mar 09 2019 02:30:15     Michael B. Cohen,
                 521 South Logan Blvd.,    Altoona, PA  16602
tr             +EDI: BEEBONONI.COM Mar 09 2019 07:23:00      Eric E. Bononi,   20 North Pennsylvania Avenue,
                 Greensburg, PA 15601-2337
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2019 02:30:49     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 09 2019 02:30:54
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
15005923       +EDI: TSYS2.COM Mar 09 2019 07:23:00      Barclays Bank Delaware,   100 West St,
                 Wilmington, DE 19801-5015
15005925        EDI: CAPITALONE.COM Mar 09 2019 07:23:00      Cabelas,   PO Box 82519,   Lincoln, NE 68501-2519
15005926        EDI: TSYS2.COM Mar 09 2019 07:23:00      Card Services,   PO Box 13337,
                 Philadelphia, PA 19101-3337
15005934        EDI: CCS.COM Mar 09 2019 07:23:00      Credit Collection Services,   PO Box 55126,
                 Boston, MA 02205-5126
15005936        EDI: DIRECTV.COM Mar 09 2019 07:23:00      DirecTV,   PO Box 11732,   Newark, NJ 07101-4732
15005937       +EDI: DCI.COM Mar 09 2019 07:23:00      Diversified Consultants Inc,   PO Box 551268,
                 Jacksonville, FL 32255-1268
15005955        E-mail/Text: Supportservices@receivablesperformance.com Mar 09 2019 02:31:31
                 Receivable Performance Management LLC,    PO Box 1548,   Lynnwood, WA 98046-1548
15005961       +E-mail/Text: bankruptcydepartment@tsico.com Mar 09 2019 02:31:27     Transworld Systems Inc,
                 PO Box 15273,   Wilmington, DE 19850-5273
15005963        EDI: NAVIENTFKASMDOE.COM Mar 09 2019 07:23:00      US Department of Education,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
15005964       +EDI: VERIZONCOMB.COM Mar 09 2019 07:23:00      Verizon,   500 Technology Way,   Suite 300,
                 Saint Charles, MO 63304-2225
15005965       +E-mail/Text: krishna.patel@vonage.com Mar 09 2019 02:31:07     Vonage,   23 Main St.,
                 Holmdel, NJ 07733-2136
                                                                                               TOTAL: 15
```

```
District/off: 0315-7          User: culy              Page 2 of 2              Date Rcvd: Mar 08, 2019
                              Form ID: 309A           Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PENNYMAC LOAN SERVICES, LLC
15005924*      +Borough of Lilly,   421 Main St.,   Lilly, PA 15938-1143
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
          Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
          James  Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Michael B. Cohen    on behalf of Debtor Mathew J. Maul michael@michaelcohenlawoffice.com,
           michele@michaelcohenlawoffice.com
          Michael B. Cohen    on behalf of Joint Debtor Janeen A. Maul michael@michaelcohenlawoffice.com,
           michele@michaelcohenlawoffice.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                            TOTAL: 5
```