**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mathew J. Maul
Janeen A. Maul**
    Debtor(s)

Bankruptcy Case No.: 19–70062–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Eric E. Bononi is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: June 26, 2019

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mathew J. Maul  
Janeen A. Maul  
    Debtors

Case No. 19-70062-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: admin      Page 1 of 1      Date Rcvd: Jun 26, 2019  
                       Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db/jdb        +Mathew J. Maul,    Janeen A. Maul,    348 Railroad St,    Lilly, PA 15938-1167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:

         Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com  
         James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
         Michael B. Cohen    on behalf of Debtor Mathew J. Maul michael@michaelcohenlawoffice.com, michele@michaelcohenlawoffice.com  
         Michael B. Cohen    on behalf of Joint Debtor Janeen A. Maul michael@michaelcohenlawoffice.com, michele@michaelcohenlawoffice.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                 TOTAL: 5